UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KENNETH L. WEAVER, individually and as personal representative of the estate of DEVIN ANDREW WEAVER, and BARBARA WEAVER,<br><br>       Plaintiffs,<br><br>    v.<br><br>MAUREEN HANSON, in her individual capacity,<br><br>       Defendant. | NO. CV-06-3022-EFS<br><br>**ORDER OF STIPULATED DISMISSAL AND CLOSING FILE** |

By Stipulation filed April 1, 2009 (Ct. Rec. 109), the parties advised the Court that the above-captioned matter should be dismissed with prejudice and without costs or fees, pursuant to Federal Rule of Civil Procedure 41.

Therefore, **IT IS ORDERED**:

1. The Complaint **(Ct. Rec. 1)** is **DISMISSED with prejudice** and **without costs or fees** awarded to any party;

2. All pending trial and hearing dates are stricken;

ORDER * 1

3. All pending motions, including Defendant's Motion for Summary Judgment **(Ct. Rec. 101),** are denied as moot; and

4. This file shall be closed.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and distribute copies to counsel.

**DATED** this ___6th___ day of April 2009.

                                  S/ Edward F. Shea
                                  EDWARD F. SHEA
                              United States District Judge

Q:\Civil\2006\3022.Stip.Dismiss.wpd

ORDER * 2